UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KRYSTA M. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:20-CV-55-HAB |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The United States Magistrate Judge's Findings, Report and Recommendation (ECF No. 27) was issued January 20, 2021, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 27) is ACCEPTED AND ADOPTED.

The final decision of the Defendant denying Plaintiff Krysta M. Smith's application for Social Security disability benefits is REMANDED.

The Clerk shall enter judgment in favor of Plaintiff and against Defendant.

SO ORDERED on February 22, 2021.

    s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT